[No. 13377-6-II.   Division Two.   August 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DEAN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00184-3, Gary W. Velie, J., entered October 26, 1989. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Alexander, J., and Thompson, J. Pro Tem.

[No. 14168-0-II.   Division Two.   August 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM G. DEROCHE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-1-00337-6, Leonard W. Kruse, J., entered July 17, 1990. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Alexander, J., and Thompson, J. Pro Tem.

[No. 13681-3-II.   Division Two.   August 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNELL M. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 89-1-00323-1, David R. Draper, J., entered March 8, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Morgan, J.